AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. MJ23-564 |
| BENNETT S. PARK | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Bennett S. Park,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 2251: Sexual exploitation of a minor

Date:   11/22/2023

*Issuing officer's signature*

City and state:   Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* Nov 22, 2023, and the person was arrested on *(date)* Nov 27, 2023
at *(city and state)*  _____

Date:  11/27/2023

*Arresting officer's signature*

Alaina Dusser  Special Agent
*Printed name and title*