UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

BENNETT S. PARK,

                 Defendant.

CASE NO. MJ23-564

**DETENTION ORDER**

     The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     Defendant is charged with production of child pornography. The offense carries a rebuttable presumption that Defendant is both a flight risk and a danger to the community. The government proffered that Defendant has engaged in sexual contact with at least five other minors in addition to the minor involved in the present case. Defendant was also arrested with a minor and charged in state court recently for attempted sexual exploitation of a minor among other crimes. The information the government has proffered indicates Defendant engages in hands on sexual contact with minors and that this conduct is not an isolated incident. The Court

DETENTION ORDER - 1

accordingly finds Defendant has not rebutted the presumption that he poses a danger to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 11th day of December, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2