UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENNETT S. PARK,<br><br>    Defendant. | NO. CR23-191 RSM<br><br>ORDER CONTINUING DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 13th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION - 1