The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BENNETT S. PARK,<br><br>　　　　　Defendant. | NO. CR23-191 RSM<br><br>STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>January 12, 2024 |

　　The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Cecelia Gregson, Assistant United States Attorney for said District, and defendant Bennett S. Park, by and through his attorney, Gregory Murphy, hereby file this Stipulation for Entry of a Protective Order.

　　Defendant Bennett Park is charged by Indictment with one count of Production of Child Pornography. The government has been and will continue to abide by its discovery obligations under Federal Rule of Criminal Procedure 16, *Brady*, and *Giglio*.

STIPULATION FOR ENTRY OF PROTECTIVE ORDER - 1
*United States v. Park,* CR23-191 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Due to the sensitive nature of some of the underlying evidence, the parties agree to a Discovery Protective Order for discovery that includes a forensic interview of several minor victims and personal identifying information related to these minor victims. The government agrees to label the protected material with the "PROTECTED" watermark to identify the materials subject to this stipulation and the corresponding protective order.

The parties request that the Discovery Protective Order require that the type of discovery items listed above not be disseminated to anyone other than counsel and members of his litigation and investigative team, which may include outside experts hired by either party.  As proposed in the Protective Order, defense counsel and his litigation team may show and display the items listed and marked as Protected Material the Defendant, but may not provide a copy of the Protected Material to the Defendant or third parties to keep and maintain in their possession.

### Consent to Terms of Protective Order

Members of the defense team shall provide written consent and acknowledgement that they will each be bound by the terms and conditions of this Protective Order.  The written consent need not be disclosed or produced to the United States unless requested by the Government and ordered by the Court.

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

Any violation of any term or condition of the Proposed Order by the Defendant, his attorney(s) of record, any member of the defense team, or any

STIPULATION FOR ENTRY OF PROTECTIVE ORDER - 2
*United States v. Park,* CR23-191 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

attorney for the United States Attorney's Office for the Western District of Washington, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

For these reasons, the parties request this Court to authorize the proposed Discovery Protective Order.

Dated this 12th day of January, 2024.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Gregory Murphy*
GREGORY MURPHY
Assistant Federal Defender

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-4325
Facsimile: (206) 553-0755
Email: cecelia.gregson@usdoj.gov

STIPULATION FOR ENTRY OF PROTECTIVE ORDER - 3
*United States v. Park,* CR23-191 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970