The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 2:23-cr-00191-RSM-1 |
| vs. | ) | **ORDER GRANTING UNOPPOSED MOTION TO DELAY TRANSPORT TO FINAL BOP DESTINATION** |
| BENNETT PARK, | ) | |
| Defendant | ) | |

THE COURT has considered the Unopposed Motion of the defense to delay the defendant's transportation from the Federal Detention Center to the defendant's designated Bureau of Prisons facility. For the reasons set forth in the defense motion, the transportation of the defendant is delayed until after the restitution hearing set for November 21, 2025 at 9:00 AM.

DATED this 12th day of September, 2025.

_____
Honorable Ricardo S. Martinez
UNITED STATES DISTRICT COURT

Presented by:

*/s/Peter Mazzone*
Peter Mazzone, WSBA #25262
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorneys, counsel of record for the Government, and any other appropriate party to the case. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/ Ciana Rosso
_____
Ciana Rosso, Paralegal
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Telephone: (425) 259-4989
Fax: (425) 259-5994